1    STEPHEN L. SCHIRLE #96085
      DARREN P. ROACH #159998
2    77 Beale Street
      San Francisco, CA 94105
3

4    <u>Direct correspondence to:</u>
      DARREN P. ROACH
      P.O. Box 7442 B30A
5    San Francisco, CA 94120
      Telephone: (415) 973-6345
6    Facsimile: (415) 973-5520
      DPRC@pge.com
7

8    Attorneys for Defendants
      PACIFIC GAS AND ELECTRIC COMPANY

9              UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12   THOMAS KNOWLS AND THOMAS HICKS, | No. C 06-06430 EMC |
| 13           Plaintiffs, | PLAINTIFFS THOMAS HICKS' AND THOMAS KNOWLES', AND |
| 14        v. | DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY'S STIPULATION |
| 15   PACIFIC GAS AND ELECTRIC COMPANY, DEANNA FRADFORD, AND DOES 1-20, | EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE |
| 16          Defendants. | COMPLAINT ; ORDER |

17

18

19

20      Plaintiffs Thomas Hicks and Thomas Knowles, and Defendant Pacific Gas and Electric

Company ("PG&E") hereby stipulate as follows:

21

22

23      Plaintiffs provide PG&E and extension of time in which to file an answer or to otherwise

respond to the complaint. The parties stipulate that PG&E's response to the complaint will be

24

due to be filed and served on October 31, 2006. This stipulation is entered into pursuant to

25

Northern District Local Rule 6-1(a).

26

27

28

                          - 1 -

1

2    IT IS SO STIPULATED:

3    Dated: October 16, 2006                    BECK LAW, P.C.

4

5

6                                                By:_____
                                                        MASHA GHOLAMI
7

8                                                Attorneys for Plaintiffs
                                                THOMAS KNOWLES AND THOMAS HICKS
9

10    Dated: October 16, 2006                   STEPHEN L. SCHIRLE
11                                               DARREN P. ROACH

12

13

14                                               By:_____
                                                        DARREN P. ROACH
15

16                                               Attorneys for Defendant
                                                PACIFIC GAS AND ELECTRIC COMPANY
17

18

19

20

21

22

23

24

25

26

27

28
                                                - 2 -

Stipulation To Extend Time To Respond To Complaint
Knowles, Hicks v. PG&E, et al., case no. C

IT IS SO STIPULATED:

Dated: October 17, 2006                    BECK LAW, P.C.


By:_____
                                           MASHA GHOLAMI

                                           Attorneys for Plaintiffs
                                           THOMAS KNOWLES AND THOMAS HICKS


Dated: October 17, 2006                    STEPHEN L. SCHIRLE
                                           DARREN P. ROACH


By:_____
                                           DARREN P. ROACH

                                           Attorneys for Defendant
                                           PACIFIC GAS AND ELECTRIC COMPANY


IT IS SO ORDERED:

Edward M.
U.S. Magist

*IT IS SO ORDERED*
*Judge Edward M. Chen*

- 2 -

Stipulation To Extend Time To Respond To Complaint
Knowles, Hicks  v. PG&E, et al.,  case no. C